UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DEAN GODING,

    Plaintiff,

v.

    Case No. 2:24-cv-1

    HONORABLE PAUL L. MALONEY

JOSHUA SAARANEN, et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants Anthony Autio, Kevin Coppo, Doug Hebner, Keith Raffaelli, Joshua Saaranen, Rudy Tikkanen and Gregory Wakeham filed a motion to dismiss. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on December 19, 2025, recommending that this Court deny the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 39) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for motion to dismiss (ECF No. 35) is DENIED.

**IT IS FURTHER ORDERED** that Plaintiff shall reimburse Defendants $150.00 for the late deposition cancellation fee.

Dated: January 7, 2026                          /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                             United States District Judge